RE: 04140069T

Case: 2013 CT ~~EE~~ 8625

12/27/14

My NAME is Leslie Collins Please
Dismiss this Appeal.

Thank you

Leslie Collins
200 N Comal
SA TX 78207

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

FILED

2015 JAN -5 PM 2:49

Keith E. Hottle

KEITH E. HOTTLE, CLERK

Callum Roslee
S85522 CW22
Dewn conmen
SATX 78209

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JAN -5 PM 2:49
KEITH E. HOTTLE, CLERK

Legal mail
Dismiss
Notice
Please

Fourth Court
OF APPEALS
Cadena Reeves
300 Dolorosa St
SATX 78205

Attn. Judges

neopost
12/30/2014
US POSTAGE $000.48⁹
ZIP 78205
041M12250025
FIRST-CLASS MAIL

78205#3130